■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DUDASIK, Appellant.—Judgment unanimously affirmed. Memorandum: The victim's in-court identification of defendant was reliable, satisfied the required standards and was not tainted by his failure to identify defendant's picture out of a photo array. Although defendant suffered from depression and was suicidal and had been hospitalized prior to trial because of these problems, there is no basis in this record to question his competence to stand trial *(see, People v Armlin,* 37 NY2d 167, 171; *People v Colville,* 74 AD2d 928). Finally, assuming that the People's witness Manillo was an accomplice, his testimony was cumulative and was corroborated by the victim and police *(see, People v Pelc,* 101 AD2d 995). (Appeal from judgment of Monroe County Court, Barr, J.—burglary, first degree, and other charges.) Present—Dillon, P. J., Boomer, Green, Pine and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JAMES E. HORSTMAN and NAOMI M. KOAGEL, Respondents.—Order dismissing first count of indictment unanimously reversed, on the law, and count reinstated. Memorandum: The court erred in dismissing the first count of the indictment. "The proper purpose of an indictment is to bring a defendant to trial upon a prima facie case which, if unexplained, would warrant a conviction" *(People v Brewster,* 63 NY2d 419, 422). We have reviewed the evidence before the Grand Jury and find that it was legally sufficient to establish that the defendants committed the crime of promoting prostitution in the third degree in violation of Penal Law § 230.25 (1) (CPL 190.65 [1]). (Appeal from order of Onondaga County Court, Burke, J.—dismiss indictment.) Present—Dillon, P. J., Boomer, Green, Pine and Schnepp, JJ.

■ LIPINSKI BROTHERS HARDWARE, Inc., Appellant, v TOYOTA MOTOR DISTRIBUTORS, INC., Defendant, and DORSCHEL TOYOTA, INC., Respondent. (Appeal No. 1.)—Order affirmed, with costs, for reasons stated in memorandum decision at Special Term, Galloway, J. All concur, Pine, J., not participating. (Appeal from order of Supreme Court, Monroe County, Galloway, J.—summary judgment.) Present—Dillon, P. J., Boomer, Green, Pine and Schnepp, JJ.